```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

LEBARRON T. LEVINS,                   :
                                      :
    Plaintiff,                        :
                                      :
vs.                                   :   CIVIL ACTION 13-0035-WS-M
                                      :
DEUTSCHE BANK TRUST COMPANY           :
AMERICAS, *as trustee for*            :
*RALI2004-QS2*, et al.,               :
                                      :
    Defendants.                       :

                                ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 3rd day of April, 2013.

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE