```
        IN THE UNITED STATES DISTRICT COURT FOR THE
              SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

LEBARRON T. LEVINS,                :
                                   :
    Plaintiff,                     :
                                   :
vs.                                : CIVIL ACTION 13-0035-WS-M
                                   :
DEUTSCHE BANK TRUST COMPANY        :
AMERICAS, *as trustee for*         :
*RALI2004-QS2*, et al.,            :
                                   :
    Defendants.                    :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

DONE this 3rd day of April, 2013.

                                        s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE